| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## HOUSTON DIVISION

ANTHONY E. MALUSKI,  §
§
       Plaintiff,  §
§
v.  §     C. A. No. H-07-055
§
U.S. BANK N.A., as Trustee,  §
Et. Al.,  §
§
       Defendants.  §     Jury:_____  Non-Jury:__X__

## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule and deadlines:

1. **NEW PARTIES** shall be joined by:
   The Attorney causing the addition of new parties will provide copies
   of this Order to new parties.

   *November 2, ~~2008~~ 2007*

2. **EXPERT WITNESSES for the PLAINTIFF** will be identified by a report
   listing the qualifications of each expert, each opinion the expert
   will present, and the basis for it.  Due date:

   *March 23, 2008*

3. **EXPERT WITNESSES for the DEFENDANT** will be identified by a report
   listing the qualifications of each expert, each opinion the expert
   will present, and the basis for it.  Due date:

   *April 23, 2008*
   *~~June~~ July 22, 2008*

4. **DISCOVERY** must be completed by:
   Written discovery requests are not timely if they are filed so close to
   this deadline that the recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the deadline.

   *Aug. 1, 2008*

5. **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS** (except motions in limine)
   will be filed by:

   *~~Aug. 15, 2008~~*
   *November 19, 2008*

6. **JOINT PRETRIAL ORDER** will be filed by:
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order
   to include Voir Dire and Jury Issues.

7. **DOCKET CALL** is set for:
   The Court will set this date. No instrument filed within 7 days before the
   Docket Call will be considered at Docket Call.

   *Dec. 5, 2008*
        at 4:00 p.m.

_8/10/07_
Date

_Ewing Werlein, Jr._
EWING WERLEIN, JR.
United States District Judge