UNITED STATES DISTRICT COURT
For The SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY E. MALUSKI, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> U.S. BANK, N.A., as Trustee, successor by § <br> merger to FIRSTAR BANK, N.A., § <br> Successor in interest to FIRSTAR BANK § <br> MILWAUKEE, N.A., as Trustee for § <br> SALOMON BROTHERS MORTGAGE § <br> SECURITIES VII, INC. FLOATING § <br> RATE MORTGAGE PASS-THROUGH § <br> CERTIFICATES SERIES 1999-NC4 § <br> Defendants. § | Civil Action No. 4:07-CV-00055 |

## DEFENDANTS AND INTERVENOR'S TRIAL WITNESS LIST

COME NOW Defendant U.S. Bank, N.A., as Trustee, Successor by Merger to Firstar Bank, N.A., Successor in Interest to Firstar Bank Milwaukee, N.A., as Trustee for Salomon Brothers Mortgage Securities VII, Inc. Floating Rate Mortgage Pass-Through Certificates Series 1999-NC4 and Intervenor-Plaintiff Property Asset Management, Inc. and identify the following witnesses for trial:

| PRESIDING JUDGE <br> HON. EWING WERLEIN, JR. | PLAINTIFF'S ATTORNEY <br> IRA JOFFE | DEFENDANT AND INTERVENOR'S <br> ATTORNEYS: <br> MARK D. CRONENWETT <br> LINDSAY L. STANSBERRY |
|---|---|---|
| TRIAL DATE(S) <br> DOCKET CALL - 12/05/2008 | COURT REPORTER | COURTROOM DEPUTY |

1. Anthony Maluski
   Plaintiff
   c/o Ira D. Joffe, Esq.
   4151 S.W. Freeway, Suite 770
   Houston, TX 77027

2. Chomie Neil
   Loan Analyst
   Ocwen Loan Servicing, LLC

        c/o Mark Cronenwett
        Cowles & Thompson, P.C.
        901 Main Street, Suite 3900
        Dallas, Texas 75202

3.     Marshelle Hawk
        Loan Analyst
        Ocwen Loan Servicing, LLC
        c/o Mark Cronenwett
        Cowles & Thompson, P.C.
        901 Main Street, Suite 3900
        Dallas, Texas 75202

4.     Corporate representative,
        custodian of records of:
        Texas American Title Company
        Title Company that closed the subject loan
        101 Southwestern Blvd., Ste. 110
        Sugar Land, TX 77478
        713.998.9999

5.     Corporate representative,
        custodian of records of:
        Source One
        Prior mortgagee of the subject property
        27555 Farmington Rd.
        Farmington Hills, MI 48334

6.     Felix B. Jones
        Prior lienholder paid from proceeds of the subject loan
        PO Box 66
        Morgan Mill, TX 76465
        254.968.0485

7.     Global Financial Services
        2550 South Parker, Ste. 104
        Aurora, CO 80014
        303.632.2000

8.     New Century Mortgage Corporation
        Original note-holder
        18400 Von Karmen, Ste. 1000
        Irvine, CA 92612
        949.440.7030

9.     Corporate representative,

        custodian of records of:
        Internal Revenue Service
        Payee from the proceeds of the subject loan
        1919 Smith, Ste. 300
        Stop 5221
        Houston, TX 77002

10.    Mark D. Cronenwett
        Expert - Attorneys' fees
        Cowles & Thompson
        901 Main St., Ste. 3900
        Dallas, TX 75202
        214.672.2000

If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Respectfully submitted,

By: __/s/ Mark D. Cronenwett__
**MARK D. CRONENWETT**
Attorney in Charge
Texas Bar No. 00787303
Southern District Admission # 21340

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**LINDSAY L. STANSBERRY**
Of Counsel
Texas Bar No. 24041968
Southern District Admission # 38475

**COWLES & THOMPSON, P.C.**
100 E. Ferguson, Ste. 1202
Tyler, TX 75702
(903) 596-9000
(903) 596-9005 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of November 2008, a true and correct copy of the foregoing document was delivered via ECF notification to the counsel of record listed below.

Ira D. Joffe, Esq.
6750 West Loop South
Suite 830
Bellaire, TX 77401

__/s/ Mark D. Cronenwett__
**MARK D. CRONENWETT**