UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY E. MALUSKI,<br>     Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., as Trustee, successor by merger to FIRSTAR BANK, N.A., Successor in interest to FIRSTAR BANK MILWAUKEE, N.A., as Trustee for SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. FLOATING RATE MORTGAGE PASS-THROUGH CERTIFICATES SERIES 1999-NC4<br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:07-CV-00055<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT AND INTERVENOR'S TRIAL EXHIBIT LIST

COME NOW Defendant U.S. Bank, N.A., as Trustee, Successor by Merger to Firstar Bank, N.A., Successor in Interest to Firstar Bank Milwaukee, N.A., as Trustee for Salomon Brothers Mortgage Securities VII, Inc. Floating Rate Mortgage Pass-Through Certificates Series 1999-NC4 and Intervenor-Plaintiff Property Asset Management, Inc. and file this their Exhibit List for trial.

| PRESIDING JUDGE<br>HON. EWING WERLEIN, JR. | | | | PLAINTIFF'S ATTORNEY<br>IRA JOFFE | | DEFENDANT AND INTERVENOR'S ATTORNEYS:<br>MARK D. CRONENWETT<br>LINDSAY L. STANSBERRY |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>DOCKET CALL - 12/05/2008 | | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | | DESCRIPTION OF EXHIBITS |
| | D1 | | | | | Comments Log & Transaction History, OLS 001-034 |
| | D2 | | | | | Deposition on Written Questions: Texas American Title Company Loan File, 0001-0254 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ANTHONY E. MALUSKI, PLAINTIFF, INTERVENOR-DEFENDANT V. U.S. BANK, N.A., AS TRUSTEE, DEFENDANT, PROPERTY ASSET MANAGEMENT, INC., INTERVENOR-PLAINTIFF | | CASE NO. 4:07-CV-00055 |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D3 | | | | Loan Processor Notes, 0003-0004 |
| | D4 | | | | Loan Distribution Record, 0012 |
| | D5 | | | | Funding Checklist, 0014 |
| | D6 | | | | Settlement Statement, 0015-0016 |
| | D7 | | | | Payoff Quote, Source One Mortgage, 0019-0020 |
| | D8 | | | | Payoff Information, F. B. Jones, 0021-0022 |
| | D9 | | | | Specific Closing Instructions, 0026-0030 |
| | D10 | | | | General Closing Instructions, 0031-0040 |
| | D11 | | | | First Lien Letter, 0041 |
| | D12 | | | | Supplemental Instructions to the Closing Agent, 0042 |
| | D13 | | | | Instructions to Settlement Agent for Completion of Itemization of Amount Financed, 0043 |
| | D14 | | | | Texas Home Equity Closing Instructions, 0044-0045 |
| | D15 | | | | Release of State Tax Lien, dated 10/02/2008, 0055 |
| | D16 | | | | Correspondence from Anthony E. Maluski, dated 6/25/1999, 0056 |
| | D17 | | | | Correspondence from Anthony E. Maluksi, dated 5/27/1999, 0058 |
| | D18 | | | | Notice of Federal Tax Lien, dated 5/17/1999, 0059 |
| | D19 | | | | Payoff Quote from Global Financial Services, 0060 |
| | D20 | | | | Texas American Title Company Disbursement Sheet, 0061 |
| | D21 | | | | Certificate of Release of Federal Tax Lien, dated 7/02/1999, 0062-0063 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ANTHONY E. MALUSKI, PLAINTIFF, INTERVENOR-DEFENDANT v. U.S. BANK, N.A., AS TRUSTEE, DEFENDANT, PROPERTY ASSET MANAGEMENT, INC., INTERVENOR-PLAINTIFF | | | | | CASE NO. 4:07-CV-00055 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | D22 | | | | Release of Lien by Felix Jones, dated 6/30/1999, 0064-0065 |
| | D23 | | | | Deed of Release by Chase Mortgage Company, dated 9/09/1999, 0067-0068 |
| | D24 | | | | Copies of disbursement checks from Texas American Title Company, 0069-0078 |
| | D25 | | | | Alamo Title Insurance Policy, 0079-0086 & 0107-0121 |
| | D26 | | | | Texas Home Equity Security Instrument, 0087-0097 |
| | D27 | | | | Texas Home Equity Adjustable Rate Rider, 0098-0100 |
| | D28 | | | | Texas Home Equity Affidavit and Agreement, 0101-0106 |
| | D29 | | | | Texas Home Equity Adjustable Rate Note, 0122-0127 |
| | D30 | | | | Affidavit as to Debts and Liens, 0148-0149 |
| | D31 | | | | Correpondence from Anthony E. Maluski to Kim Hyde, not dated, re: closing, 0150 |
| | D32 | | | | Information Sheet, dated 6/25/1999, 0151 |
| | D33 | | | | Correspondence from Anthony E. Maluski to Kim Hyde, dated 6/25/1999, re: loan proceeds, 0157 |
| | D34 | | | | Funding Worksheet, 0160 |
| | D35 | | | | Disclosure to Borrower About Shanks, Tritter & Associates, P.C., 0170 |
| | D36 | | | | Loan Agreement Notice, 0171 |
| | D37 | | | | Discount Point Acknowledgement, 0172 |
| | D38 | | | | Acknowledgement as to Fair Market Value, 0173-0174 |
| | D39 | | | | Owner's Closing Receipt, 0175 |
| | D40 | | | | LIBOR 6-MONTH ARM Notice, 0176 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ANTHONY E. MALUSKI, PLAINTIFF, INTERVENOR-DEFENDANT V. U.S. BANK, N.A., AS TRUSTEE, DEFENDANT, PROPERTY ASSET MANAGEMENT, INC., INTERVENOR-PLAINTIFF | | | | | CASE NO. 4:07-CV-00055 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | D41 | | | | 15 YEAR LIBOR 6 MONTH Notice, 0178-0179 |
| | D42 | | | | 30 YEAR LIBOR 6 MONTH Notice, 0180-0181 |
| | D43 | | | | Truth-In-Lending Disclosure, 0182 |
| | D44 | | | | Itemization of Amount Financed, 0183 |
| | D45 | | | | Good Faith Estimate, 0184 |
| | D46 | | | | Notice of Right to Cancel, 0185-00186 |
| | D47 | | | | Waiver Agreement, 0187-0188 |
| | D48 | | | | Borrower's Affidavit and Agreement, 0189-0191 |
| | D49 | | | | Errors and Omissions Correction Agreement, 0192 |
| | D50 | | | | Occupancy Statement – Primary Residence, 0193 |
| | D51 | | | | Flood Insurance Authorization, 0194-0195 |
| | D52 | | | | Insurance Authorization, 0196 |
| | D53 | | | | Hold Harmless Agreement for Encroachments, 0197-0198 |
| | D54 | | | | Appraisal Disclosure, 0203 |
| | D55 | | | | Equal Credit Opportunity Act, 0204 |
| | D56 | | | | Servicing Disclosure, 0205 |
| | D57 | | | | Notice to Borrower Not in a Special Flood Hazard Area, 0206-0208 |
| | D58 | | | | Uniform Residential Loan Application, with Addendum 0211-0216 |
| | D59 | | | | Marital Status Affidavit, 0217 |

## EXHIBIT AND WITNESS LIST – CONTINUATION

| ANTHONY E. MALUSKI, PLAINTIFF, INTERVENOR-DEFENDANT v. U.S. BANK, N.A., AS TRUSTEE, DEFENDANT, PROPERTY ASSET MANAGEMENT, INC., INTERVENOR-PLAINTIFF | | | | | CASE NO. 4:07-CV-00055 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|  | D60 |  |  |  | Liability Payoff Statement, 0218 |
|  | D61 |  |  |  | Copy of check from Texas American Title Company payable to IRS, dated 7/2/1999, 0228-0229 |
|  | D62 |  |  |  | Correspondence from Anthony E. Maluski to Amy Labus, dated 5/27/1999, 0241 |
|  | D63 |  |  |  | Disbursement Sheet, dated 7/09/1999, 0249 |
|  | D64 |  |  |  | Wire Transfer Record, dated 6/30/1999 for $2,070.45, 0250 |
|  | D65 |  |  |  | Wire Transfer Record, dated 6/30/1999 for $114,472.01, 0251-0252 |
|  | D66 |  |  |  | Texas Home Equity Assignment of Security Instrument, OLS 129-130 |
|  | D67 |  |  |  | Transfer of Lien |
|  | D68 |  |  |  | Notice of Default, dated 8/15/2005 |
|  | D69 |  |  |  | Title Search Report, OLS 088-090 |
|  | D70 |  |  |  | Settlement Statement, stamped Revised, OLS 100-101 |
|  | D71 |  |  |  | Correspondence from Ocwen to Anthony Maluski with Notice of Default, dated 3/25/2005, OLS 116-118 |
|  | D72 |  |  |  | Notice of Default, dated 12/16/2004, OLS 119-120 |
|  | D73 |  |  |  | Correspondence from Ocwen to Anthony Maluski re: Alternatives to Foreclosure, dated 1/21/2005, OLS 121-122 |
|  | D74 |  |  |  | Correpondence from Ocwen to Anthony Maluski re: Early Intervention, dated 12/27/2004, OLS 123 |
|  | D75 |  |  |  | Correspondence from Ocwen to Anthony Maluski re: Early Intervention, dated 6/22/2004, OLS 124 |
|  | D76 |  |  |  | Notice of Default, dated 6/15/2004, OLS 125-126 |
|  | D77 |  |  |  | Notice of Default, dated 10/17/2003, OLS 127-128 |

## EXHIBIT AND WITNESS LIST – CONTINUATION

| ANTHONY E. MALUSKI, PLAINTIFF, INTERVENOR-DEFENDANT v. U.S. BANK, N.A., AS TRUSTEE, DEFENDANT, PROPERTY ASSET MANAGEMENT, INC., INTERVENOR-PLAINTIFF | | | | | CASE NO. 4:07-CV-00055 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |

| | | | | |
|---|---|---|---|---|
| D78 | | | | Correspondence from Anthony Maluski to New Century Mortgage Corporation re: Credit Report charge, OLS 379 |
| D79 | | | | New Century Data Audit Sheet, OLS 380-381 |
| D80 | | | | New Century Wholesale Funding Control, OLS 382-383 |
| D81 | | | | New Century Wire Request Form for Credit, OLS 384 |
| D82 | | | | Funding Acknowledgement as to Fair Market Value of Homestead Property, OLS 416 |
| D83 | | | | Correspondence from New Century to Anthony Maluski re: pre-disclosure documents, dated 6/8/1999, OLS 463 |
| D84 | | | | Funding Conditions, OLS 546 |
| D85 | | | | New Century Underwriting Documents, OLS 547-625 |
| D86 | | | | Uniform Residential Appraisal Report, OLS 626-636 |
| D87 | | | | Invoices for attorneys' fees |

Respectfully submitted,

By:   */s/ Mark D. Cronenwett*
     **MARK D. CRONENWETT**
     Attorney in Charge
     Texas Bar No. 00787303
     Southern District Admission # 21340

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

     **LINDSAY L. STANSBERRY**
     Of Counsel
     Texas Bar No. 24041968
     Southern District Admission # 38475

**COWLES & THOMPSON, P.C.**
100 E. Ferguson, Ste. 1202
Tyler, TX 75702
(903) 596-9000
(903) 596-9005 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of November 2008, a true and correct copy of the foregoing document was delivered via ECF notification to the counsel of record listed below.

Ira D. Joffe, Esq.
6750 West Loop South
Suite 830
Bellaire, TX 77401

       */s/ Mark D. Cronenwett*
       **MARK D. CRONENWETT**